IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK RAY MARTIN,
Reg. #41528-424                                                                                    PLAINTIFF

V.                            CASE NO. 2:16-CV-00098 JM/BD

C.V. RIVERA, et al.                                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Martin has not filed any objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Martin's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and that this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 2nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE