IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**PATRICK RAY MARTIN,**
Reg. #41528-424                                                                                                  **PLAINTIFF**

V.                              **CASE NO. 2:16-CV-00098 JM/BD**

**C.V. RIVERA, et al.**                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE